IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL FESSER, | Case No. 3:18-cv-01516-SB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CITY OF WEST LINN, et al., | |
| Defendants. | |

In accord with the Stipulated Notice of Dismissal With Prejudice (ECF No. 81) filed by the parties on February 24, 2020, IT IS ORDERED that this action is DISMISSED with prejudice and without costs or fees to any party.

IT IS SO ORDERED.

DATED this 25th day of February, 2020.

_____
STACIE F. BECKERMAN
United States Magistrate Judge

Page 1 – ORDER OF DISMISSAL